SCANNED

**8:13 MJ1257 MAP**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:13-CR-66-GZS |
| v. | ) | |
| | ) | 21 U.S.C. §§ 846, 841(a)(1). |
| JOHN MURPHY | ) | 18 U.S.C. § 1956(h) |
| ▮▮▮▮▮▮▮▮▮▮ | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
(Conspiracy to Distribute and Possess With Intent to Distribute Oxycodone)

Between about March 2010 and December 2010, in the District of Maine and elsewhere, Defendant

### JOHN MURPHY

knowingly and intentionally conspired with others known and unknown to distribute and possess with intent to distribute a mixture or substance containing oxycodone, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

1

## COUNT 2
### (Money Laundering Conspiracy)

Between about June 2010 and December 2010, in the District of Maine and elsewhere, Defendants

### JOHN MURPHY

did knowingly combine, conspire, and agree with each other and other persons, known and unknown, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, specifically, the defendants and others known and unknown did knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, the felonious buying, selling, and otherwise dealing in controlled substances, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

### MANNER AND MEANS

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

A. Murphy and other co-conspirators acquired distributable quantities of oxycodone and transported, or caused to be transported, the drugs to Maine where Murphy and other co-conspirators distributed these drugs in exchange for cash.

2

B.    As a result of the distribution of oxycodone Murphy and his co-conspirators generated cash proceeds (hereinafter "drug proceeds").

C.    Individual A provided access to his/her Bank of America account bearing account number XXXXXXXX6501 (hereinafter "the bank account") to Murphy and others to deposit drug proceeds.

D.    Murphy, ▓▓▓▓▓ and other co-conspirators in fact deposited drug proceeds into the bank account at Bank of America branches in the District of Maine between June and December 2010. To make these deposits, Murphy, ▓▓▓▓▓ and other co-conspirators presented deposit slips and cash to bank tellers.

E.    Soon after the deposits were made in Maine, Individual A and/or other co-conspirators had access to the cash in Florida and elsewhere.

F.    The deposits of drug proceeds into the bank account concealed the nature, source, ownership, and control of the drug proceeds and the withdrawn proceeds were used to purchase additional illegal drugs for further distribution and generation of additional drug proceeds.

All in violation of Title 18, United States Code, Sections 1956(h) and 2.

## FORFEITURE ALLEGATION #1

Upon conviction of the controlled substance offense alleged in Count One of this Indictment, Defendant

### JOHN MURPHY

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds said Defendant obtained directly or indirectly as a result of the violations alleged in this Indictment, and any and all property used or

3

intended to be used in any manner or part to commit and to facilitate the commission of the violation, including but not limited to a sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense for which Defendant is liable.

All in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a)(1) and Federal Rule of Criminal Procedure 32.2.

### FORFEITURE ALLEGATION #2

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1956, Defendants

### JOHN MURPHY

shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, a sum of money equal to the total amount of money involved in the conspiracy to commit the charged offense, for which the defendants are jointly and severally liable with each other and other co-conspirators.

If any of the property described above, as a result of any act or omission of the Defendants:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a)(1), and Title 28, United States Code, Section 2461(c) and Federal Rule of Criminal Procedure 32.2.

A TRUE BILL.

Signature Redacted. Original on file.

FOREPERSON

_____
Assistant U.S. Attorney
Date: 3/28/13

A TRUE COPY
ATTEST Christa K Berry, Clerk

By: _____
Deputy Clerk

5