# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## CLERK'S MINUTES

MAGISTRATE JUDGE      MARK A. PIZZO              DATE: April 10, 2013

CASE NO. 8:13-MJ-1257MAP

U.S.A. vs.  JOHN MURPHY

GOVT                                                              DEFT
COUNSEL: Robert Monk                                             COUNSEL: Mary Mills, AFPD


DEPUTY CLERK:   J.GORDON


PROCEEDINGS:  INITIAL APPEARANCE (Rule 5C2 District of Maine)

| | |
|---|---|
| X | Deft provided w/copy of Indictment |
| X | ARREST DATE: April 10, 2013 - Warrant |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavit submitted for approval |
| X | FPD appointed |
| X | Govt position on release or detention: DETENTION (presumption applies) |
| X | Deft waived an identity hearing in open court; Response by the defendant regarding bail. |
| X | Court:  Order of Detention Pending Trial |

WARRANT OF REMOVAL to be filed.


Hearing Time: 3:50p-4:15p                    Courtroom 11B                    Tape: digital