# United States District Court

## MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

**JOHN MURPHY**

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER: 8:13-MJ-1257MAP
(Your Case #2:13-Cr-66GES)

The Defendant is charged with a violation alleged to have been committed in the  District of Maine.

Brief Description of Charge(s): Possession with intent to distribute oxycodone.

The Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§ 3141-3143.

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of the offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

Date; April 10, 2013

_Mark A. Pizzo_
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |