UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 13-MJ-1257MAP

JOHN MURPHY
_____/

## **DETENTION ORDER**

THIS CAUSE is before the Court upon the government's motion to detain the Defendant pursuant to 18 U.S.C. § 3142(f)(1)(C). The Defendant is charged by indictment in the District of Maine with conspiracy to possess with intent to distribute oxycodone and conspiracy to commit money laundering. Because probable cause exists to believe he committed an offense punishable by a prison term exceeding ten years, a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the Defendant's appearance as required and the safety of the community. *See* 18 U.S.C. § 3142(e). After the benefit of a detention hearing, I find the Defendant has not rebutted this presumption for the following reasons.

Although only twenty-two years old, the Defendant has an extensive arrest history that began when he was only thirteen. The Defendant's lifestyle seems to be itinerant and his ties to this area are marginal, although he does have family in this district. Nonetheless, I find this fact fails to overcome the presumption.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable,

from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED, at Tampa, Florida, on April 11, 2013.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record
United States Marshals Service
Pretrial Services